COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/06
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NETRATINGS, INC.,

               Plaintiff,

           vs.

SANE SOLUTIONS, LLC, UNICA
CORPORATION, LORAX ACQUISITION CORP.
and SANE SOLUTIONS, INC.,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

No. 05 Civ. 5076 (LTS) (AJP)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

Plaintiff NetRatings, Inc. ("NetRatings"), by its counsel Brown Raysman

Millstein Felder & Steiner LLP, and Defendants Sane Solutions, LLC, Unica Corporation, Lorax

Acquisition Corp. and Sane Solutions, Inc. ("Defendants"), by its counsel Fish & Richardson

P.C., hereby stipulate that they have reached a confidential settlement of the dispute that is the

subject matter of the above-referenced action (the "Action").  Based upon such settlement, and

upon the consent and approval of NetRatings and Defendants as indicated herein, IT IS

HEREBY ORDERED, ADJUDGED AND DECREED that:

        1.     The Action, including, without limitation, all claims and counterclaims

asserted in the Action, is hereby dismissed with prejudice as to all parties pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure.

        2.     Each party shall bear its own costs and attorneys fees.

AGREED TO AND ACCEPTED:

Dated: New York, New York
       June 30, 2006

BROWN RAYSMAN MILLSTEIN          FISH & RICHARDSON P.C.
   FELDER & STEINER LLP

By: _____    By: _____ by SHO
    Frederick L. Whitmer (FW 8888)     Lawrence K. Kolodney (LK 9950)       Permission
    Seth H. Ostrow (SO 9605)
    Arianna Frankl (AF 7764)

900 Third Avenue                 225 Franklin Street
New York, New York  10022        Boston, Massachusetts  02110
Telephone: (212) 895-2000        Telephone: (617) 542-5070
Facsimile: (212) 895-2900        Facsimile: (617) 542-8906

Attorneys for NetRatings, Inc.   Attorneys for Sane Solutions, LLC, Unica
                                 Corporation, Lorax Acquisition Corp. and
                                 Sane Solutions, Inc.

So Ordered:
_____        _____
Date                             Laura T. Swain
                                 United States District Judge

                                 HON. ANDREW J. PECK
                                 United States Magistrate Judge
                                 Southern District of New York

927473

                                2

MODE = MEMORY TRANSMISSION          START=JUL-05 16:12    END=JUL-05 16:15

FILE NO.= 058

| NO. | COM | ABBR/NTWK | STATION NAME/ TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|-----|-----|-----------|------------------------------|-------|---------|--------------|
| 001 | OK | ☎ | 912128952900 | 003/003 | | |
| 002 | OK | ☎ | 912122582291 | 003/003 | | |

-JUDGE ANDREW J PECK, SDNY-

************************************ -212 805 7933   - ***** -       212 805 7933- *********

*************** -COMM. JOURNAL- ******************** DATE JUL-05-2006 ***** TIME 16:11 *** P.01

MODE = MEMORY TRANSMISSION          START=JUL-05 15:46    END=JUL-05 16:11

FILE NO.= 052

| NO. | COM | ABBR/NTWK | STATION NAME/ TELEPHONE NO. | PAGES | PRG.NO. | PROGRAM NAME |
|-----|-----|-----------|------------------------------|-------|---------|--------------|
| 001 | INC | ☎ | 912128952900 | 000/003 | | |
| 002 | OK | ☎ | 916175428906 | 023/003 | | |
| 003 | INC | ☎ | 912122582291 | 000/003 | | |
| 004 | OK | ☎ | 912127514864 | 003/003 | | |
| 005 | OK | ☎ | 918585235450 | 003/003 | | |

-JUDGE ANDREW J PECK, SDNY-

************************************ -212 805 7933   - ***** -       212 805 7933- *********

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  July 5, 2006

Total Number of Pages:  3

| TO | FAX NUMBER |
|----|------------|
| Frederick L. Whitmer, Esq. | 212-895-2900 |
| Lawrence K. Kolodney, Esq. | 617-542-8906 |
| Craig R. Smith, Esq. Kevin M. Littman, Esq. Jolynn M. Lussier, Esq. | 212-258-2291 |
| James S. Blank, Esq. | 212-751-4864 |
| Stephen P. Swinton, Esq. Adam A. Weland, Esq. | 856-523-5450 |